ENTERED
ON DOCKET
APR 07 2000
BY DEPUTY

FILED LODGED
RECEIVED
APR 07 2000
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEWEY E. SIGO,<br><br>Plaintiff,<br><br>vs.<br><br>PUYALLUP TRIBE OF INDIANS, et al.<br><br>Defendants. | C00-5199RJB<br><br>ORDER OF REFERENCE<br>Civil Rights Case |

It is ORDERED that this matter is referred to United States Magistrate Judge J. KELLEY ARNOLD, pursuant to 28 U.S.C. § 636(b) (1), Local Rules MJR 3 and 4, Fed. R. Civ. P. 72.

DATED this 7 Day of April, 2000.

United States District Judge

ec

United States District Court
for the
Western District of Washington
April 7, 2000

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:00-cv-05199

True and correct copies of the attached were mailed by the clerk to the following:

Dewey E Sigo Jr
PIERCE COUNTY JAIL
910 TACOMA AVE S
TACOMA, WA 98402

RJB

JKA